# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

Mosdos Chofetz Chaim Inc.

                Debtor.

-----------------------------------------------------------X

RABBI MAYER ZAKS, et al.,

                Appellants,                22 **CIVIL** 3807 (PMH)

  -against-                                  **JUDGMENT**

CONGREGATION RADIN DEVELOPMENT, INC., et al.,

                Respondents.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 22, 2022, the Bankruptcy Court's April 14, 2022 Order at Br. Doc. 198 is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
         September 23, 2022

                                          **RUBY J. KRAJICK**

                                          _____

                                          **Clerk of Court**

               **BY:**   _____

                                          **Deputy Clerk**